■ In the Matter of MINI'IMAH FARRAKHAN—Motion to vacate order denied without prejudice to appellant to move before the Onondaga County Court to vacate the order and if denied to appeal from such denial if so advised. (See *Matter of Willmark Serv. System,* 21 AD2d 478.)

■ In the Matter of EDWARD CASTORANI.—Motion granted to the extent that order dismissing petition vacated, warrant reinstated and matter remitted to Jefferson County Family Court for further proceedings in accordance with the following memorandum: The matter shall proceed forthwith for a hearing in Jefferson County Family Court on the neglect petition. Following a determination thereof, if necessary, the jurisdictional issue may be reviewed upon appeal. Present—Marsh, P. J., Moule, Cardamone, Dillon and Witmer, JJ. (Order entered April 3, 1978.)